# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:06CV28-V

| | |
|---|---|
| DE FEET INTERNATIONAL, INC., ) | |
| ) | |
| v.             ) | **O R D E R** |
| ) | |
| LIN MANUFACTURING AND DESIGN, ) | |
| ) | |
| Defendant.     ) | |

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" of Daniel H. Marti (document #6) filed February 16, 2006, to appear on behalf of the Plaintiff, De Feet International, Inc. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: February 23, 2006

Carl Horn, III
United States Magistrate Judge

dockets.Justia.com