**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:06CV28-V**

| | | |
|---|---|---|
| **DE FEET INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **LIN MANUFACTURING AND DESIGN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

      **THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" of Daniel

H. Marti (document #6) filed February 16, 2006, to appear on behalf of the Plaintiff, De Feet

International, Inc.  For the reasons set forth herein, the motion will be **GRANTED**.

      Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00

to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this

Order.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not

limited to moving counsel.

      **SO ORDERED**.


Signed: February 23, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge